UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,          Case No.  2:17-pt-1

v.          HON.  PAUL L. MALONEY

SHAWN ALLEN KLATT,

          Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on March 29, 2017, for an initial appearance on the Probation Petition for Warrant or Summons for Offender Under Supervision dated March 22, 2017 (ECF #6).

Defendant was advised of the violations, penalties and his rights to probable cause hearing, detention hearing and revocation hearing before a district judge, Defense counsel will talk with defendant and notify the Court how he wishes to proceed.

Defendant will be detained pending further proceedings in this matter..

IT IS ORDERED


Dated:  March 29, 2017         /s/ Timothy P. Greeley
                                          TIMOTHY P. GREELEY
                                          UNITED STATES MAGISTRATE JUDGE